

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

No. 02-20-00340-CV

TRAVIS C. LEWIS, Appellant

§ On Appeal from the 96th District Court

§ of Tarrant County (096-305723-19)

V.

§ February 11, 2021

OVATION SERVICES, LLC, Appellee

§ Memorandum Opinion by Justice Kerr

## JUDGMENT

This court has considered the record on appeal in this case and holds that the appeal should be dismissed. It is ordered that the appeal is dismissed for want of jurisdiction.

SECOND DISTRICT COURT OF APPEALS

By _/s/ Elizabeth Kerr_____
   Justice Elizabeth Kerr